**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 413 MAL 2019

           Respondent          :

                                     :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court

           v.                          :

RAYMOND J. LEE, III,              :

           Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 24th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.